# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DAVID R. MCGINLEY, : No. 169 MM 2018
:
Petitioner :
:
:
:
v. :
:
:
:
COMMONWEALTH OF PENNSYLVANIA, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of January, 2019, the Application for Leave to File Original Process is GRANTED and the "Application for Judicial Review and Extraordinary Relief" is DENIED.